**Appeal Dismissed and Memorandum Opinion filed September 26, 2024.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-24-00570-CR

_____

**PRESTON ALLEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 263rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1853736**

## MEMORANDUM OPINION

Appellant pleaded guilty to theft. *See* Tex. Penal Code Ann. § 31.03. In accordance with the terms of a plea-bargain agreement with the State, the trial court assessed punishment at confinement for 250 days Harris County Jail. *See* Tex. Penal Code Ann. § 12.44(a). We dismiss the appeal.

The trial court signed a certification of the defendant's right to appeal in which the court certified that this is a plea-bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is

included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005). When a defendant waives his right of appeal before entering an open plea of guilty, that waiver is binding if it was bargained for. See *Ex parte Broadway*, 301 S.W.3d 694, 697–98 (Tex. Crim. App. 2009).

On August 19, 2024, notification was transmitted to all parties the appeal was subject to dismissal without further notice for want of jurisdiction. Appellant did not file a response.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.
Do Not Publish — Tex. R. App. P. 47.2(b)